UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)   3:09-md-02100-DRH-PMF<br>)<br>)   MDL No. 2100<br>) |

**This Document Relates To:**

*Jessica Smith, et al. v. Bayer et al.* No. 3:11-cv-10110-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Stipulations of Dismissal filed on September 25, 2014 and February 24, 2015, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Cheryl A. Ritter*
        **Deputy Clerk**

Date: February 26, 2015

APPROVED:

Digitally signed by
David R. Herndon
Date: 2015.02.26
16:06:26 -06'00'

DISTRICT JUDGE
U. S. DISTRICT COURT